**Order filed December 3, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00250-CV
_____

## IN THE MATTER OF THE MARRIAGE OF JOSE DANIEL TORRES ALVARADO & MARTHA ARACELI GOMEZ MARTINEZ

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2017-23076**

## ORDER

Appellant's brief discloses the name(s) of a person(s) who was a minor when the underlying suit was filed. See Tex. R. App. P. 9.9(a)(3). Accordingly, the brief is STRICKEN.

Appellant is ordered to file a brief that complies with Texas Rule of Appellate Procedure 9.9 on or before December 14, 2020.

PER CURIAM

Panel consists of Justices Christopher, Jewell and Poissant.